IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| LAWANDA F. BARTON | ) | NO.: 17-02363 |
| *AKA* LAWANDA F. VALENTINE-BARTON | ) ) | CHAPTER 13 |
| *AKA* LAWANDA F. VALENTINE | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| Debtor, | | |

## NOTICE OF FORBEARANCE AGREEMENT

Community Loan Servicing, LLC (hereinafter "Creditor"), secured creditor of the above-entitled Debtor(s), hereby provides notice that Creditor and Debtor(s) have entered into a Forbearance Agreement due to the impact of COVID-19.  The Forbearance Agreement relates to the loan ending in 6076, hereinafter "Loan," which is secured by the real property located at 17005 Locust Drive, Hazel Crest, IL 60429.  Under the Forbearance Agreement, payments due under Loan are suspended beginning with the payment due on June 1, 2021 through and including the payment due August 31, 2021.

This Notice does not constitute an amendment and/or modification of the Loan.  Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends.  Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtor(s) or Debtor(s)' counsel to determine when Debtor(s) will be able to resume making mortgage payments and when/how the Debtor(s) will cure the delinquency created by the

forbearance period ("forbearance arrears").  Once the forbearance plan ends and the Creditor and Debtor(s) or Debtor(s)' counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its right to seek relief from the automatic stay for reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or non-payment of property taxes.

This Notice does not constitute an amendment or modification to the Debtor(s)' plan of reorganization and does not relieve the Debtor(s) of the responsibility to amend or modify the plan of reorganization to reflect the Forbearance Agreement, if required.

Dated: 07/29/2021                                   Respectfully Submitted,

                                    By:      /s/Kinnera Bhoopal
                                             Kinnera Bhoopal
                                             ARDC #6295897
                                             *Counsel for Creditor*
                                             McCalla Raymer Leibert Pierce, LLC
                                             1 N. Dearborn Suite 1200
                                             Chicago, IL  60602
                                             (312) 346-9088

## **CERTIFCATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on July 29, 2021:

To Debtor:
Lawanda F. Barton
705 E. Delite Inn Road
Beecher, IL 60401
   --and--
17005 Locust Drive
Hazel Crest, IL 60429
**By U.S. Mail**

To Attorney:
Xiaoming Wu
105 W. Madison
23rd Floor
Chicago, IL 60602
**By Electronic Notice through ECF**

To Trustee:
Glenn B. Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532
**By Electronic Notice through ECF**

Respectfully Submitted,

By:    */s/Kinnera Bhoopal*
           Kinnera Bhoopal
           *Counsel for Creditor*
           McCalla Raymer Leibert Pierce, LLC
           1 N. Dearborn Suite 1200
           Chicago, IL  60602