| **Fill in this information to identify the case:** | | |
|---|---|---|
| **Debtor 1** | Lawanda F. Barton aka Lawanda F. Valentine-Barton aka Lawanda F. Valentine | |
| **Debtor 2** (Spouse, if filing) | | |
| **United States Bankruptcy Court for the :** Northern | **District of** | Illinois (State) |
| **Case number** | 17-02363 | |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  ETRADE BANK

**Court claim no.** (if known):  1

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX6076

**Date of payment change:**
Must be at least 21 days after date of this notice     8/1/2019

**New total payment:**
Principal, interest, and escrow, if any     $980.73

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ 442.09        **New escrow payment :**  $ 447.99

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No
   ☒ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**    5.125%        **New interest rate:**    4.750%
   **Current principal and interest payment:**  $ 546.47    **New principal and interest payment:**  $ 532.74

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**  $ _____        **New mortgage payment:**  $ _____

Debtor 1  Lawanda F. Barton aka Lawanda F. Valentine-Barton aka Lawanda F. Valentine    Case number *(if known)* 17-02363
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

❋ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Toni Townsend    Date  6/19/2019
 Signature

Print:  Toni    Townsend    Title  Authorized Agent
 First Name    Middle Name    Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
 Number    Street
 Roswell    GA    30076
 City    State    ZIP Code

Contact phone  (312) 346-9088 X5174    Email  Toni.Townsend@mccalla.com

|  |  |
|---|---|
| In Re:<br>   Lawanda F. Barton<br>   aka Lawanda F. Valentine-Barton<br>   aka Lawanda F. Valentine | Bankruptcy Case No.:  17-02363<br>Chapter:  13<br>Judge:  Pamela S. Hollis |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lawanda F. Barton
705 E. Delite Inn Road
Beecher, IL 60401

Xiaoming Wu                                             *(served via ECF Notification)*
Ledford Wu and Borges, LLC
105 W. Madison, 23rd Floor
Chicago, IL 60602

Glenn B Stearns, Trustee                                *(served via ECF Notification)*
801 Warrenville Road Suite 650
Lisle, IL 60532

U.S. Trustee                                            *(served via ECF Notification)*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   7/9/2019        By:    */s/Toni Townsend*
                 (date)                Toni Townsend
                                       Authorized Agent for Bayview Loan Servicing, LLC

**REPRESENTATION OF PRINTED DOCUMENT**

**BAYVIEW** LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

June 4, 2019

LAWANDA F VALENTINE
C/O LEDFORD WU & BORGES
105 W MADISON
23RD FLOOR
CHICAGO IL 60602

**Loan Number:** ███

**Property Address:** 17005 Locust Dr
Hazel Crest IL 60429

### Changes to Your Mortgage Interest Rate and Payments on July 1, 2019

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6-month period during which your interest rate stayed the same. That period ends on July 1, 2019, so on that date your interest rate may change. After that, your interest rate may change every 6 months for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.12500% | 4.75000% |
| Principal | $246.30 | $255.50 |
| Interest | $300.17 | $277.24 |
| Escrow (Taxes and Insurance) | $442.09 | $447.99 |
| Other | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| Total Monthly Payment | $988.56 | $980.73 Due August 1, 2019 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is 2.51663% and your margin is 2.25000%. The 1ST BUS DAY WSJ 6 MO LIBOR is published monthly in the WALL STREET JOURNAL.

**Rate Limits:** Your rate cannot go higher than 10.75000% or lower than 2.25000% over the life of the loan. Your rate can change by no more than 1.00000% per change.

The rate change caps for any future payment changes will be based on the terms of your note.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1ST BUS DAY WSJ 6 MO LIBOR as of now, your margin, your loan balance of $70,038.36, and your remaining loan term of 186 months.

**Please Note:** The new payment amount referenced in this Notice in not an Interest Only payment. If your loan did have an Interest Only payment period, that period has expired and the new payment amount includes funds that will go towards reducing the unpaid Principle Balance.

**Prepayment Penalty:** None

**INTERNET REPRINT**

**If You Anticipate Problems Making Your Payments:**

- Please contact the Customer Relations Department at (800) 457-5105 between 8:00 a.m. and 9:00 p.m. (Eastern Time) Monday through Friday, as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - **Refinance your loan** with us or another lender;
    - **Sell your home** and use the proceeds to pay off your current loan;
    - **Modify your loan terms** with us;
    - **Payment forbearance** temporarily gives you more time to pay your monthly payment.

- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Bayview Loan Servicing, LLC., NMLS no. 2469.

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**The below mailing address must be used for all Error Notices & Information Requests:**
Bayview Loan Servicing, LLC
Customer Support
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146

INTERNET REPRINT



**BAYVIEW LOAN SERVICING**
**P.O. Box 331409**
**Miami FL  33233-1409**

| ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|
| COUNTY TAX | $3,532.94 |
| HAZARD INS | $1,843.00 |
| Total | $5,375.94 |
| | $5,375.94 / 12 months = |
| **Escrow Payment Calculation** | **$447.99** |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 06/04/2019**

Lawanda F Valentine
C/O Ledford Wu & Borges
23rd Floor
105 W Madison
Chicago, IL 60602

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| **Principal and Interest** | $546.47 |
| **Required Escrow Payment** | $447.99 |
| **Shortage/Surplus Spread** | |
| **Optional Coverages** | |
| **Buydown or Assistance Payments** | |
| **Other** | |
| **Total Payment** | **$994.46** |
| **New Payment Effective Date:** | **08/01/2019** |
| **Current Payment Due Date:** | 01/01/2018 |

This statement provides a detailed summary of activity related to your escrow account. Bayview Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 08/2019 through 07/2020 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | | $310.44[1] | $993.33[2] |
| AUG 19 | $447.99 | | | | | | | $758.43 | $1,441.32 |
| SEP 19 | $447.99 | | | | | | | $1,206.42 | $1,889.31 |
| OCT 19 | $447.99 | | | | | | | $1,654.41 | $2,337.30 |
| NOV 19 | $447.99 | | | | | | | $2,102.40 | $2,785.29 |
| DEC 19 | $447.99 | | | | | | | $2,550.39 | $3,233.28 |
| JAN 20 | $447.99 | | | | | | | $2,998.38 | $3,681.27 |
| FEB 20 | $447.99 | | | | | | $1,838.27 | COUNTY TAX-1 | $1,608.10 | $2,290.99 |
| MAR 20 | $447.99 | | | $1,843.00 | | | | $213.09 * | $895.98 LP |
| APR 20 | $447.99 | | | | | | | $661.08 | $1,343.97 |
| MAY 20 | $447.99 | | | | | | | $1,109.07 | $1,791.96 |
| JUN 20 | $447.99 | | | | | | | $1,557.06 | $2,239.95 |
| JUL 20 | $447.99 | | | | | $1,694.67 | COUNTY TAX-2 | $310.38 | $993.27 |
| Total | | | | $1,843.00 | | $3,532.94 | | | |

(1) Your current escrow balance is negative $6,324.04. To project the next year's tax and insurance payment we added $8,329.15 for payments not yet made and subtracted $1,694.67 for disbursement not yet made. This brings your projected starting balance to $310.44 (see breakdown on next page).

(LP) The lowest (LP) required escrow balance for the next 12 months is scheduled to be $895.98 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*) Your lowest (*) projected escrow balance for the next 12 months is scheduled to be $213.09. Your bankruptcy escrow claim amount of $9,200.35 will be added to your escrow balance. The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $8,517.46. This results in a surplus once all the payments not yet made for the tax and insurance portion are received.

(2) Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $993.33 to arrive at the lowest (LP) required escrow balance.

The projected escrow surplus is only valid for loans that are current at the time of the analysis. An account is current if payment is received within 30 days of the payment due date.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:** ▒▒▒▒▒▒▒▒   **Name:** Lawanda F Valentine

This is a statement of actual activity in your escrow account from 08/2018 through 07/2019. Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $941.53 of which $499.44 was for principal and interest and $442.09 went into your escrow account.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
| | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New  insurance escrow requirement paid |
| | | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $1,004.27 | $9,675.56- |
| AUG | $410.06 | $734.73 * | | | | $1,414.33 | $8,940.83- L |
| SEP | $410.06 | $705.86 * | | | | $1,824.39 | $8,234.97- |
| OCT | $410.06 | $705.86 * | | | | $2,234.45 | $7,529.11- |
| NOV | $410.06 | $748.49 * | | | | $2,644.51 | $6,780.62- |
| DEC | $410.06 | $791.12 * | | | | $3,054.57 | $5,989.50- |
| JAN | $410.06 | $791.12 * | | | | $3,464.63 | $5,198.38- |
| FEB | $410.06 | $395.56 * | $1,647.63 | $1,838.27 * | COUNTY TAX-1 | $2,227.06 | $6,641.09- |
| FEB | | | | $1,843.00 * | HAZARD INS | $2,227.06 | $8,484.09- |
| MAR | $410.06 | $864.02 * | $1,817.00 | $0.00 * | HAZARD INSUR | $820.12 | $7,620.07- |
| APR | $410.06 | $864.02 * | | | | $1,230.18 | $6,756.05- |
| MAY | $410.06 | $432.01 * | | | | $1,640.24 | $6,324.04- |
| JUN | $410.06 | $7,887.06 *E | | | | $2,050.30 | $1,563.02 |
| JUL | $410.06 | $442.09 *E | $1,456.07 | $1,694.67 *E | COUNTY TAX-2 | $1,004.29 | $310.44 |
| **Total** | **$4,920.72** | **$15,361.94** | **$4,920.70** | **$5,375.94** | | | |

* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
**Current Escrow Balance**          $6,324.04-
**Payments Not Yet Made**            $8,329.15
**Disbursements Not Yet Made**       $1,694.67
**Projected Escrow Balance**           $310.44

At the time of your escrow account review, your expected lowest balance was $820.12 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $8,940.83, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**Notice to customers who are in bankruptcy or whose obligation has been discharged and not reaffirmed:** To the extent your obligation has been discharged or is subject to an automatic stay in a bankruptcy proceeding under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or an attempt to collect any payment. If you are represented by an attorney, please notify us and provide this correspondence to your attorney.

Should you require additional information, please call Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.bayviewloanservicing.com

## MSP® Explorer: Payment Change Maintenance (PCH2/HPMT)

### 628 - BAYVIEW LOAN SERVICING, LLC

**Loan Number:** ▇▇▇▇▇▇  **Borrower Name:** VALENTINE,LAWANDA F

```
PCH2  ▇▇▇▇▇▇       HPMT 01/01/18   PAYMENT CHANGE MAINTENANCE   06/17/19 11:22:02
LF VALENTIN   1ST PMT 02/01/05   INV ET3/019   TYPE CONV. RES.    ARM      MAN B
              CUR PMT 01/01/18   PB    74,805.12   IR  3.62500              GRP SL2
-----------------------* HISTORY OF PAYMENTS *-----------------------------
   PMT DT    08/01/19           02/01/20
       IR     4.75000            UNAV----
      P&I       532.74          ----UNAV----
   COUNTY       294.41              294.41
     CITY         0.00                0.00
   HAZARD       153.58              153.58
       MI         0.00                0.00
     LIEN         0.00                0.00
       OS         0.00                0.00
     MISC         0.00                0.00

      A&H         0.00                0.00
     LIFE         0.00                0.00
     REPL         0.00                0.00
      HUD         0.00                0.00
    2 P&I         0.00                0.00
      NET       980.73
   PAYMNT
   CHANGE
   REASON
```