**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Lawanda F. Barton |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : **Northern** | **District of** Illinois (State) |
| **Case number** | 17-02363 |

# Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC

**Court claim no.** (if known): 1

**Last four digits** of any number you use to identify the debtor's account: XXXXXX6076

**Date of payment change:** Must be at least 21 days after date of this notice: 2/1/2021

**New total payment:** Principal, interest, and escrow, if any: $925.81

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☐ No
   ☒ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 3.12500%    New interest rate: 2.50000%
   Current principal and interest payment: $ 478.09    New principal and interest payment: $ 458.86

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1     **Lawanda F. Barton**     Case number *(if known)* 17-02363
First Name    Middle Name    Last Name

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/Dana O'Brien        Date   12/28/2020
     Signature

Print:    Dana      O'Brien      Title   Authorized Agent for Creditor
       First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
            Number    Street
            Roswell      GA      30076
            City      State      ZIP Code

Contact phone    (312) 346-9088 X5188      Email   Dana.OBrien@mccalla.com

In Re:

Lawanda F. Barton

Bankruptcy Case No.: 17-02363
Chapter: 13
Judge: LaShonda A. Hunt

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lawanda F. Barton
705 East Delite Inn Road
Beecher, IL 60401

Xiaoming Wu                              *(served via ECF Notification)*
Borges and Wu, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602

Glenn B Stearns, Trustee                 *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                          *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  01/07/2021   By:  /s/Dana O'Brien
                 (date)              Dana O'Brien
                                     Authorized Agent for Creditor

REPRESENTATION OF PRINTED DOCUMENT

Community Loan Servicing
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL  33146

December 7, 2020

LAWANDA F VALENTINE
C/O LEDFORD WU & BORGES
105 W MADISON
23RD FLOOR
CHICAGO IL 60602

**Loan Number:** ████████    **Property Address:** 17005 Locust Dr
Hazel Crest IL 60429

## Changes to Your Mortgage Interest Rate and Payments on January 1, 2021

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6-month period during which your interest rate stayed the same. That period ends on January 1, 2021, so on that date your interest rate may change. After that, your interest rate may change every 6 months for the rest of your loan term.  Any change in your interest rate may also change your mortgage payment.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.12500% | 2.50000% |
| Principal | $308.05 | $323.47 |
| Interest | $170.04 | $135.39 |
| Escrow (Taxes and Insurance) | $466.95 | $466.95 |
| Other | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| Total Monthly Payment | $945.04 | $925.81<br>Due February 1, 2021 |

**Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is 0.25500% and your margin is 2.25000%. The 1ST BUS DAY WSJ 6 MO LIBOR is published monthly in the WALL STREET JOURNAL.

**Rate Limits:**  Your rate cannot go higher than 10.75000% or lower than 2.25000% over the life of the loan. Your rate can change by no more than 1.00000% per change.

The rate change caps for any future payment changes will be based on the terms of your note.

**New Interest Rate and Monthly Payment:**  The table above shows your new interest rate and new monthly payment.  These amounts are based on the 1ST BUS DAY WSJ 6 MO LIBOR as of now, your margin, your loan balance of $64,986.63, and your remaining loan term of 168 months.

**Please Note:**  The new payment amount referenced in this Notice in not an Interest Only payment.  If your loan did have an Interest Only payment period, that period has expired and the new payment amount includes funds that will go towards reducing the unpaid Principle Balance.

**Prepayment Penalty:**  None

INTERNET REPRINT

**If You Anticipate Problems Making Your Payments:**

- Please contact the Customer Relations Department at (800) 457-5105 between 8:00 a.m. and 9:00 p.m. (Eastern Time) Monday through Friday, as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - **Refinance your loan** with us or another lender;
    - **Sell your home** and use the proceeds to pay off your current loan;
    - **Modify your loan terms** with us;
    - **Payment forbearance** temporarily gives you more time to pay your monthly payment.

- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.Community Loan Servicing, LLC., NMLS no. 2469.

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**The below mailing address must be used for all Error Notices & Information Requests:**
Community Loan Servicing, LLC
Customer Support
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146